RECEIVED
IN MONROE, LA
DEC 9 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ADIL ENNASSIRY | * | CIVIL ACTION NO. 08-0748<br>Section P |
| VERSUS | * | JUDGE JAMES |
| DALE DAUZAT | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* be **DENIED and DISMISSED, without prejudice.**

THUS DONE AND SIGNED this 8 day of December, 2008 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE